## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

MICHAEL COHEN                                                             PLAINTIFF
ADC #140543

V.                                  NO: 3:10CV00014 HDY

LINDSEY PETERSON                                        DEFENDANT

### ORDER

On November 1, 2010, Defendant Lindsey Peterson filed a motion for summary judgment, a brief in support, and a statement of facts (docket entries #33-#35). Although more than 14 days have passed, Plaintiff has not responded. However, in light of Plaintiff's *pro se* status, he will be granted an additional 14 days in which to file his response.

IT IS THEREFORE ORDERED THAT Plaintiff file his response to Defendant's motion for summary judgment no later than 14 days after the entry of this order.

DATED this  19  day of November, 2010.

                                                            UNITED STATES MAGISTRATE JUDGE